# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-16-UNA |
| BRANDON BELLAMY ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BRANDON BELLAMY, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26:5861 - POSSESSION OF AN UNREGISTERED FIREARM - ( COUNT I )

FILED

FEB 20 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date: 02/13/2020

BY: _____ DEPUTY CLERK
*Issuing officer's signature*

City and state: WILMINGTON, DE

JOHN A. CERINO; CLERK OF COURT
*Printed name and title*

---

**Return**

19 RW

This warrant was received on *(date)* 2-14-20, and the person was arrested on *(date)* 2-19-20
at *(city and state)* Wilmington, DE

Date: 2-19-20

_____
*Arresting officer's signature*

SA Rebecca Witmer
*Printed name and title*