## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. Action No. 20-16-RGA |
| | ) |
| BRENDAN BELLAMY | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Maureen McCartney, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the pending indictment against the defendant, Brendan Bellamy, without prejudice. Such dismissal is in the interests of justice.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

By: */s/ Maureen McCartney*
Maureen McCartney
Assistant United States Attorney

Dated: April 20, 2020

IT IS SO ORDERED this 20th day of April, 2020.

/s/ Judge Richard G. Andrews
Honorable Richard G. Andrews
United States District Judge